■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS SMITH, Appellant. [696 NYS2d 689] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered January 8, 1998, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Ritter, Joy, Altman and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY TOMLIN, Appellant. [696 NYS2d 471] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered January 7, 1998, convicting him of aggravated criminal contempt, assault in the third degree, and endangering the welfare of a child, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Dabiri, J.), of that branch of the defendant's omnibus motion which was to suppress his statement to law enforcement officials.

Ordered that the judgment is affirmed.

The defendant's contention that his pre-*Miranda* statement should have been suppressed is without merit. The defendant's statement that he hit his girlfriend was a spontaneous statement and, therefore, admissible (*see, People v Lynes,* 49 NY2d 286, 294; *People v Harrison,* 251 AD2d 681).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Sullivan, Joy and Smith, JJ., concur.